**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| SHAQUITA M. TROTTER, | ) | Case No. 15-38265 |
| | ) | |
| Debtor. | ) | Judge Cassling |

**NOTICE OF MOTION**

*The following persons or entities who have been served via electronic mail*:
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*The following persons or entities who have been served via U.S. Mail*:
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

    JUDGE:    Cassling
    ROOM:    619
    DATE:    January 30, 2020
    TIME:    9:30 AM

**PROOF OF SERVICE**

The undersigned hereby certifies under oath and under all penalties of perjury that a copy of this Notice of Motion and attachments were served on the above-named persons and/or entities either electronically by the bankruptcy court or by depositing same into the U.S. Mail in Wheeling, Illinois with proper postage prepaid before 5:00 pm on December 31, 2019.

    /s/ Jeffrey A. Soufal
    Jeffrey A. Soufal, ARDC #6227155
    Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Shaquita M. Trotter
5708 W Washington Blvd  Apt 1
Chicago, IL 60644-2953

Illinois Dept. of Employment Security
Benefit Repayments
PO Box 19286
Springfield, IL 62794-9286

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc.
PO Box 248848
Oklahoma City, OK 73124-8848

PEOPLES GAS LIGHT & COKE COMPANY
200 E RANDOLPH ST
CHICAGO, IL 60601

City of Chicago Department of Finance
c/o Arnold Scott Harris
111 W Jackson Blvd Ste 600
Chicago, IL 60604

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| SHAQUITA M. TROTTER, | ) | Case No. 15-38265 |
| | ) | |
| Debtor. | ) | Judge Cassling |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, SHAQUITA M. TROTTER, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On November 10, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on December 31, 2015.  Tom Vaughn was appointed Trustee in this case.

3) The Debtor's Chapter 13 plan currently provides for payments of $125.00 for an initial plan term of 36 months, with payments to the general unsecured creditors of 10% of their allowed claims.

4) The Debtor has paid $5,654.07 into her Chapter 13 plan over the 49 months since the case was filed.

5) The Debtor has a plan payment default because she had a baby and was temporarily out of work. As a result, her payroll control payments to the Trustee stopped.

6) The Debtor is back to work now and can resume regular payments to the Trustee. However, she cannot cure her plan payment default.

7)     The Debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the plan payment default to the end of the plan. Debtor makes this proposal in good faith and with the intention of completing her Chapter 13 plan.

8)     Modifying the plan in this way will not cause the confirmed Chapter 13 plan to run longer than 60 months and will continue to pay general unsecured creditors at least 10% of their allowed claims.

WHEREFORE, the Debtor, SHAQUITA M. TROTTER, prays that this Honorable Court enter an Order modifying her Chapter 13 Plan as above and granting any other and further relief the Court deems fair and proper.

Respectfully Submitted,

/s/ Jeffrey A. Soufal
Jeffrey A. Soufal, ARDC #6227155
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100